# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| **Plaintiff** | : | No. 1:20-cv-01692 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **STEVEN J. SHEINFELD,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, on this 23rd day of March 2021, upon consideration of Defendant Steven J. Sheinfeld ("Defendant")'s motion to dismiss (Doc. No. 12), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss (Doc. No. 12) is **DENIED**; and

2. Defendant is directed to file an answer to Plaintiff's complaint (Doc. No. 1) within fourteen (14) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
