# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | Civil No.: 1:20-CV-01692 |
| Plaintiff, | : : | (Judge Kane) |
| v. | : : : | (Magistrate Judge Schwab) |
| STEVEN J. SHEINFELD, | : : | |
| Defendant. | : : | |

## ORDER
June 1, 2021

Following a telephone conference with counsel of record, and upon agreement of the same, **IT IS ORDERED** that, on or before **June 18, 2021**, counsel for each party shall submit a confidential settlement memorandum to the undersigned, at my Chambers email address of magistrate_judge_schwab@pamd.uscourts.gov. The settlement memoranda should **not** be filed on the Court's docket.

In the settlement memoranda, the parties shall provide a specific recitation of the facts, a discussion of the strengths and weaknesses of the case, the parties' position on settlement, including a report on settlement efforts to date. If not already part of the Court's record, copies of any critical agreements, business records, photographs or other documents or exhibits shall be attached to the settlement

memoranda. The memoranda, though, should not be lengthy; instead, they should contain enough information to be useful in analyzing the factual and legal issues in this case.

IT IS FURTHER ORDERED that, in order to facilitate the settlement process, all communications between the parties from now until the submission of settlement memoranda shall be deemed settlement discussions.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge